# Order

Michigan Supreme Court
Lansing, Michigan

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152757

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLOQUE FERRARI-LA-TO LANNING,
      Defendant-Appellant.

SC: 152757
COA: 322362
Livingston CC: 13-021211-FC

_____/

On order of the Court, the application for leave to appeal the October 13, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



d0615

Clerk